**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
KENNETH HAYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:13-MJ-00029-MJS |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |
| vs. | |
| KENNETH HAYES, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

The Defendant KENNETH HAYES, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Hayes requests a waiver of appearance as he has yet to be arraigned on any of the charges. He wishes to contest all charges in this matter. He resides in Oregon. Commuting to Yosemite for court appearances is costly and time consuming.

Dated: July 8, 2013      By: /s/ Kenneth Hayes
                               KENNETH HAYES

Dated: July 8, 2013      By: /s/ Carol Ann Moses
                               CAROL ANN MOSES
                               Attorney for Defendant,
                               KENNETH HAYES

**ORDER**

Defendant shall appear at the arraignment, at trial and in the event he elects to enter a guilty plea; in those respects, his motion to be excused from appearing personally is DENIED. It is GRANTED as to all other hearings.

IT IS SO ORDERED.

Dated: July 16, 2013        /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE